# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## January 11, 2010

| | | |
|---|---|---|
| 28993 | State v. Roberts | Affirmed |

## January 15, 2010

| | | |
|---|---|---|
| 27958 | Scherer v. Contractors License Bd. | Affirmed |

## January 20, 2010

| | | |
|---|---|---|
| 29755 | A.A., In re | Affirmed |
| 29334 | State v. Dean | Affirmed |
| 29748 | State v. Russo | Affirmed |

## January 22, 2010

| | | |
|---|---|---|
| 29246 | Sugano v. State, Dept. of Atty. Gen. | Affirmed |

## January 25, 2010

| | | |
|---|---|---|
| 29653 | Aquila v. Davies | Affirmed |

## January 26, 2010

| | | |
|---|---|---|
| 29438 | State v. Maugaotega | Affirmed |

## January 27, 2010

| | | |
|---|---|---|
| 28246 | Hospodar v. City and County of Honolulu | Affirmed |

## January 28, 2010

| | | |
|---|---|---|
| 29902 | A.S-H., In re | Affirmed |
| 28764, 28765 | Alkire-Clemen v. Castle Medical Center | Reversed; Affirmed; Vacated and Remanded |
| 29618 | Larsen v. Administrative Director of Courts | Reversed |
| 28879 | State v. Magbitang | Vacated and Remanded |